IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM C. BANE, 270937 | * | |
| Plaintiff | * | |
| v. | * | |
| MARY ANN SAAR, *et al.* | * | Civil No. JFM 06-518 |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

ENTRY OF APPEARANCE

NOW COMES Ria P. Rochvarg, and enters her appearance on behalf of Plaintiff in this matter.

                                          /s/
                            Ria P. Rochvarg, Bar No. 10768
                            Ria P. Rochvarg, P.A.
                            P.O. Box 1907
                            Ellicott City, Maryland 21041

                            Telephone: (410) 313-9725
                            Telecopier: (410) 313-8232

                            *Attorney for William C. Bane*